IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SEAN DANIEL PETERSON,<br><br>      Defendant. | 4:15-CR-3126<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 45). On April 19, 2016, the Court entered a Preliminary Order of Forfeiture (filing 31) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to Count II of the amended indictment (filing 1-1), which charged him with knowingly possessing or attempting to possess one or more items which contained visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the amended indictment. By way of the Preliminary Order of Forfeiture, the defendant's interest in:

  1. Silver Apple 16 gb Ipad, serial #DLXG70TQDFJI
  2. Seven computer disks
  3. San Disk 4gb memory card
  4. HP Laptop, serial number 5CB2052K8M

(the "Subject Property") was forfeited to the United States on the basis that it was used or was intended to be used to facilitate the violation alleged in Count II. Filing 31.

  As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 20, 2016, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 44) was filed on July 5, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

- 2 -

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 45) is granted.

2. All right, title, and interest in and to the Subject Property held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 6th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge